GAYNOE v. FIRST UNION CORP.

No. 620P02

Case below: 153 N.C. App. 750

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

HARTWELL v. MAHAN

No. 611P02

Case below: 153 N.C. App. 788

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

HOMEQ v. WATKINS

No. 39P03

Case below: 154 N.C. App. 731

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

HONEYCUTT v. HONEYCUTT

No. 502P02

Case below: 152 N.C. App. 673

Motion by defendant to dismiss plaintiff's petition for writ of supersedeas, motion to amend notice of appeal and motion to by-pass allowed 6 February 2003. Motion by defendant to withdraw petition for discretionary review allowed 6 February 2003. Motion by plaintiff for temporary stay denied 6 February 2003.

IN RE DECISION OF THE STATE BD. OF ELECTIONS

No. 619P02

Case below: 153 N.C. App. 804

Petition by petitioner (Barker) for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.